FILED

2012 AUG 13 PM 1:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Crystal G. Foley (SBN 224627)
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
cfoley@simmonsfirm.com

Attorneys for Plaintiff
Labyrinth Optical Technologies LLC
[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACV12-01309 CJC MLGx

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES LLC<br>*Plaintiff,*<br><br>vs.<br><br>CIENA COMMUNICATIONS, INC.<br><br>*Defendant.* | CASE NUMBER:<br><br>To be Supplied by the Clerk of<br>The United States District Court<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL**<br><br>DATE: August 13, 2012 |

Plaintiff Labyrinth Optical Technologies LLC ("Labyrinth") files this action for infringement of United States Patent No. 8,103,173 ("the '173 patent") against Defendant Ciena Communications, Inc. ("Ciena"), seeking damages and injunctive relief. Labyrinth alleges as follows:

## JURISDICTION AND VENUE

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 et seq., alleging infringement of United States Patent No. 8,103,173 ("the '173 patent"). A copy of the patent is attached hereto as Exhibit A and is incorporated herein by reference in its entirety.

COMPLAINT FOR PATENT INFRINGEMENT

2.    This Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

3.    This Court has personal jurisdiction over Ciena because Ciena has conducted business in this district and has infringed, contributed to the infringement, and/or actively induced others to infringe Labyrinth's patent in this district as alleged in this Complaint (at a minimum by offering for sale and/or selling products which fall within the scope of the claims of the '173 patent).

4.    Moreover, upon information and belief, Ciena continues to conduct business in this district and infringe, contribute to the infringement of, and/or actively induce others to infringe the '173 patent in this district.

5.    Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b), 1391(c) and/or 1400(b), in that a substantial part of the events giving rise to Labyrinth's claims occurred in the Central District of California and Ciena is subject to personal jurisdiction in the Central District of California (and thus for purposes of venue Defendant resides in the Central District of California).

### THE PARTIES

6.    Plaintiff Labyrinth is a limited liability company organized and existing under the laws of California, and having a principal place of business at 500 Newport Center Drive, 7th Floor, Newport Beach, California 92660.

7.    Upon information and belief and after a reasonable opportunity for further discovery, Ciena is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at 1201 Winterson Rd., Linthicum, MD, 21090. Ciena's registered agent for service of process in the State of California is CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Dr., STE 150N, Sacramento, CA, 95833.

COMPLAINT FOR PATENT INFRINGEMENT

## THE PATENT IN SUIT

8.     In optical data communications, systems were upgraded from a 10 Gb/s data transmission rates to a 40 Gb/s transmission rates. Data transmission rates at the much faster 40 Gb/s (or higher) presented extensive design challenges because the effects of polarization mode dispersion (PMD), chromatic dispersion and fiber non-linear effects such as cross-phase modulation become more dominant at the higher transmission rates.

9.     The inventors of the patent-at-issue were driven to find a cost-effective method and system that compensates for PMD, optimizes signal to noise ratio performance and minimizes phase noise and nonlinearities (e.g., chromatic dispersion) associated with transmission over optical fiber at high data transmission rates.

10.     The '173 patent entitled "Method and System For A Polarization Mode Dispersion Tolerant Optical Homodyne Detection System With Optimized Transmission Modulation" was duly and legally issued on January 24, 2012.

11.     The assignee of the exclusive patent rights of the '173 patent is Labyrinth.

12.     The '173 patent is valid and enforceable and has been at all times relevant to the instant action.

13.     The '173 patent claims a system and method for coherent optical detection for an optimized transmission modulation.

14.     For example, claim 1 of the '173 patent provides:

(1) A method of compensating a quadrature modulated optical data signal for effects of chromatic dispersion occurring during transmission over optical fiber, the method comprising the steps of:

(a) separating in-phase and quadrature components of the optical data signal;

COMPLAINT FOR PATENT INFRINGEMENT

(b) optoelectrically converting the in-phase and quadrature components of the optical data signal into in-phase and quadrature data signals;

(c) applying a corrective function to the in-phase and quadrature data signals, the corrective function modifying the in-phase and quadrature data signals in a manner that precisely counteracts effects of chromatic dispersion on the in-phase and quadrature components of the optical data signal.

'173 patent, Col. 12, ln. 42-56.

## THE INFRINGING PRODUCT

15.     Defendant Ciena, within the United States, manufactures, uses, offers for sale, or sells at least the ActivFlex 6500 Packet-Optical Platform that falls within the claims of the '173 patent.

16.     For purposes of an example only, Ciena's ActivFlex 6500 Packet-Optical Platform falls within the scope of at least claim 1 of the '173 patent as it meets each limitation recited therein. Ciena's ActivFlex 6500 Packet-Optical Platform separates the in-phase and the quadrature components of the optical data signal upon reception, optoelectrically converts the in-phase and quadrature components of the optical data signal into in-phase and quadrature data signals, and it applies a corrective function to the in-phase and quadrature data signals, which modifies the in-phase and quadrature data signals that precisely counteracts effects of chromatic dispersion on the optical data signal.

17.     Defendant Ciena does not have a license or other authorization to practice the claims set forth in the '173 patent.

## COUNT I

## Ciena's Patent Infringement Under 35 U.S.C. §271 of the '173 Patent

COMPLAINT FOR PATENT INFRINGEMENT

18. Labyrinth incorporates by reference the allegations of paragraphs 1-17.

19. Ciena has directly or indirectly infringed the '173 patent at a minimum by making, using, selling and offering for sale a product that falls within the scope of the '173 patent, including, but not limited to, Ciena's ActivFlex 6500 Packet-Optical Platform.

20. Ciena has caused and will continue to cause Labyrinth substantial damage and irreparable injury by virtue of its continuing infringement.

21. Labyrinth is entitled to recover from Ciena the damages sustained by Labyrinth as a result of Ciena's wrongful acts in an amount subject to proof at trial and an injunction preventing Ciena from continuing its wrongful acts.

**WHEREFORE**, Labyrinth respectfully requests that the Court enter a judgment as follows:

A. That Ciena has infringed the '173 patent under 35 U.S.C. §271;

B. Permanently enjoining and restraining Ciena, their officers, directors, agents, servants, employees, licensees, successors, assigns, those in concert and participation with them, and all persons acting on their behalf or within their control under 35 U.S.C. §283 from further acts that infringe the '173 patent, including but not limited to, making, using, selling, offering to sell, importing, exporting, advertising, or otherwise using, contributing to the use of, or inducing the use of all infringing products produced by Ciena;

C. Requiring Ciena to:

1. Send a copy of any decision in this case in favor of Labyrinth to each person or entity to whom Ciena has sold or otherwise distributed any products found to infringe the '173 patent, or induced to infringe the '173 patent, and informing such persons or entities of the judgment and that the sale or solicited commercial transaction was wrongful;

2.     Recall and collect from all persons and entities that have purchased wholesale or are a distributor of any and all products found to infringe the '173 patent that were made, offered for sale, sold, or otherwise distributed by Ciena, or anyone acting on its behalf;

3.     Destroy or deliver to Labyrinth all infringing products produced by Ciena; and

4.     File with the Court and serve upon Labyrinth, within thirty (30) days after entry of final judgment in this case, a report in writing and subscribed under oath setting forth in detail the form and manner in which Ciena has complied with the Court's orders as prayed for.

D.     Awarding Labyrinth patent infringement damages and pre-judgment interest pursuant to 35 U.S.C. §284 including, but not limited to, lost profits and/or a reasonable royalty;

E.     Awarding treble damages for willful infringement pursuant to 35 U.S.C. §284;

F.     Declaring the case exceptional and awarding Labyrinth reasonable costs and attorneys fees pursuant to 35 U.S.C. §285;

G.     Granting Labyrinth such other and further relief as justice and equity may require.

## JURY DEMAND

Labyrinth requests a jury trial.

Respectfully submitted,
Labyrinth Optical Technologies LLC

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

6                COMPLAINT FOR PATENT INFRINGEMENT

Dated:   August 13, 2012

By:   _____

Crystal G. Foley
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California  90245
Telephone:  310-322-3555
Facsimile:  310-322-3655
Email:  cfoley@simmonsfirm.com


Paul A. Lesko – *pro hac vice* (pending)
Stephen C. Smith – *pro hac vice* (pending)
One Court Street
Alton, IL  62002
Tel:  618-259-2222
Fax:  618-259-2251
Email:  plesko@simmonsfirm.com
           ssmith@simmonsfirm.com

COMPLAINT FOR PATENT INFRINGEMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV12- 1309 CJC  (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [X] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Crystal G. Foley (SBN 224627)
Simmons Browder Gianaris
Angelides & Barnerd LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Labyrinth Optical Technologies LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **SACV12-01309 CJC MLGx** |
| v. | |
| Ciena Communications, Inc., | **SUMMONS** |
| DEFENDANT(S). | |

TO:      DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Crystal G. Foley_____, whose address is _100 N. Sepulveda Blvd., Suite 1350, El Segundo, CA 90245_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___8/13/12___

By: _____
                Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                        **SUMMONS**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Labyrinth Optical Technologies LLC

**DEFENDANTS**
Ciena Communications, Inc.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Simmons Browder Gianaris Angelides & Barnerd LLC,
100 N. Sepulveda Blvd., Suite 1350,
El Segundo, CA  90245; Tel. 310.322.3555

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise
REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability
IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
PROPERTY RIGHTS
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark
SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**SACV12-01309**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s):  Labyrinth Optical Technologies LLC Case No. 8:12-cv-00759-AG-MLG

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Linthicum, MD |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  August 13, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |